IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

LLOYD SPRINKLE,       *
JAMES R. BROWN,
                                 *

    Plaintiffs,
                                 *

    v.                                             2:08-CV-697-TMH
                                 *                (WO)

ELMORE COUNTY, AL SHERIFF'S
OFFICE, *et al.*,             *

    Defendants.         *

_____

**O R D E R**

Plaintiffs filed this 42 U.S.C. § 1983 action challenging the conditions of confinement at the Elmore County Jail. Plaintiff Brown has filed a motion for leave to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(d). The Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id.* Accordingly, the Clerk of this court is hereby DIRECTED to:

    1. Open two (2) separate civil actions. One for Plaintiff Sprinkle and one for Plaintiff Brown. The Clerk is advised that the case number of the present cause of action shall be assigned to Plaintiff Lloyd Sprinkle;

    2. Assign the newly opened case to the Magistrate Judge and District Judge to which the instant cause of action is assigned;

    3. Place a copy of the complaint and Plaintiff's Brown's *in forma pauperis* application in the newly opened case file;

    4. Refer these case files to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

    Done, this 28th day of August 2008.

        /s/ Susan Russ Walker  
        SUSAN RUSS WALKER  
        CHIEF UNITED STATES MAGISTRATE JUDGE